Mark M. Contento
600 North Swan Road
Tucson, Arizona  85711
State Bar No. 007575
Facsimile No. 520-881-3269
Email: mark.contento@vq.com
Phone: 520-881-3950, ext. 2559
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| VisionQuest National, Ltd., an Arizona corporation, | ) ) ) ) | No _____ |
| Plaintiff, | ) ) | |
| v. | ) ) | COMPLAINT |
| United States of America, | ) ) | |
| Defendant. | ) ) ) ) | |

Plaintiff, for their cause of action against Defendant, alleges that:

JURISDICTION

1. This court has jurisdiction under 28 U.S.C. §1331 (federal question) and §1346(b) which arises from the Federal Tort Claims Act.

VENUE

2. Venue is proper pursuant to 28 U.S.C. §1391 because defendant is a federal government agency, and the plaintiff's state of incorporation is in the district of Arizona.

PARTIES

3. Plaintiff, VisionQuest National, Ltd., is a corporation incorporated under the laws of the State of Arizona having its principal place of business in the State of Arizona.

COMPLAINT - 1

4. Defendant, United States of America with offices located in Tucson, Arizona and Washington, D.C., is the appropriate agency controlling the United States Postal service that employs the person who caused the damage to Plaintiff.

### STATEMENT OF FACTS

5. Plaintiff is the sole tenant of the building located at 600 North Swan Road; Tucson, Arizona (hereinafter the "Building") and under the terms of Plaintiff's lease of that Building it is responsible for all repairs and maintenance of that Building.

6. At all times, United States Post Office employee, Robert Yell was under the direct supervision, authority, employ and control of the Defendants.

7. On or about July 17, 2015, postal employee, Yell operated a United States Postal Service vehicle in a negligent manner causing him to crash that vehicle into the building and thereby damaging the building.

8. That as a proximate result of the negligent acts and omissions of the Defendant, Plaintiff has suffered physical damages to the building in the amount of $7,330.37.

9. That upon filing an administrative claim (28 U.S.C.A.§2675) for the damage with the United States Post Office for the acts caused by postal employee, Yell, Plaintiff received a denial of that claim from the United States Postal Service.

10. Plaintiff has satisfied all statutory preconditions to filing this lawsuit.

### REQUEST FOR RELIEF

WHEREFORE, the plaintiff requests:

11 . Damages done to the building in the amount of $7,330.37 plus reasonable attorney's fees and costs.

Dated  March 20, 2017

/s/ Mark M. Contento, Attorney for Plaintiff

COMPLAINT - 2